UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Crim. No. 25-CR-163 |
| DYSHAWN WILLIAMS, | : | **WAIVER OF INDICTMENT** |

     I, Dyshawn Williams, the above-named defendant, who is charged with conspiracy to commit Hobbs Act robbery, in violation of 18 U.S.C. § 1951(a) (Count One), and with assaulting, resisting, or impeding certain officers or employees with a deadly weapon, in violation of 18 U.S.C. §§ 111(a)(1) and (b), and 2 (Count Two), being advised of the charges, the proposed Information, and my rights, hereby waive in open court on March 20, 2025, prosecution by indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Dyshawn Williams
Defendant

_____
Laura K. Gasiorowski, Esq.
Counsel for Defendant

Before: _____
HONORABLE CLAIRE C. CECCHI
United States District Judge